Name: c/o Chitina Native Corp / Henry Clay Iverson
Mailing address: P.O. Box 27
City, State, Zip: Chitina, Ak. 99566
Telephone: (907) 823-2225

RECEIVED
JUN 06 2016
Clerk, U.S. District Court
Anchorage, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Henry Clay Iverson,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Ahtna Inc.,

_____,

_____,
(Enter full names of defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. 3:16-cv-0121-SLG
(To be supplied by Court)

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Henry Clay Iverson,
(print your name)

who presently resides at P.O. Box 27 Chitina, Ak. 99566,
(mailing address)

were violated by the actions of the individual(s) named below.

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Ahtaa Inc._____ is a citizen of
_____(name)
__Alaska__, and is employed as a __Private       enterpise__.
  (state)                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
                                    (name)
_____, and is employed as a_____.
   (state)                              (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
                                    (name)
_____, and is employed as a_____.
   (state)                              (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about ___2-19-16___ ___7:00 am___, my civil right to
(Date)
___Free Speech___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by ___Michele Nutter Anderson___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

City of Phoenix Municipal Court took a plea of trespass from me 2-29-16 Performed on 2-19-16. AFter morning ticketing was produced Appointment made at United blood Services for 9:40 am produce no blood tranfer between me and Appointment Scheduled. Immediately returning to Anchorage, AK the same day of March 5th 2016 contact an ofc. Purcell of A.P.Dept. on Prior loss of contact of John W. Billum. Within Several days and a week found John W. Billum at 9599 Brayton dr. Sp # 512 myself. I contact ofc. Purcell RE: John W. Billum. Stephen Keck, MD set and Comprehensive Pain Appointment for a epidural Spine suppressor rather than Supply pain pills for me. Since the epidural supplied by the keck MD. order required permission, Attendence, and a needle my date 2-19-16 did not occur; instead a dental Appt at Stephen keck MD Residence - different dept - happened. April 21, 2016 Appointment for upper dentures were made, this was not met; instead a tooth pulled From lower Front Jaw 3-29-16

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Case 3:16-cv-00121-SLG   Document 1   Filed 06/06/16   Page 3 of 7

Claim 2: On or about _____May 5th 2004_____, my civil right to
_____Free Speech_____
(Date)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by _____Kenneth Johns_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

9:00 am telephone remarks made by Ken Johns demand a director of State of Alaska via a atty For Ahtna Inc. come together for a sum of money and a particular file in demand for Presence in board of directors' mtg since kens' Seat a Chairman had could subsequently tranfer work orders a Chief Executive officer needed. Ken Johns surmised 1.71 million United States dollar to me and has not delivered this amount at all for bookkeeping anywhere.

Case 3:16-cv-00121-SLG   Document 1   Filed 06/06/16   Page 4 of 7

Claim 3: On or about 3-15-16 (Date), my civil right to Stockholders' Suits
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Ahtna Inc.
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

A Goldie from from accounting at office produce a Signing of document (No Copy) to 140 Royalty share of Ahtna Stock for monetary Value. Argue at wits with Matt Blanc-atty for Company - for the right amount of Royalty shares amount established by Shareholders' logue 2011. This 140 Royalty is consumed June 4th 2016 at Ahtna's Annual meeting voting share for me are 280 Royalty equals Voting shares are in Ahtna's' Mission Statement and must be met.

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 1,710,000.00

2. Punitive damages in the amount of $ 500,000.00

3. An order requiring defendant(s) to apologize to all parties written.

4. A declaration that closed process and File that was mentioned,

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes ✓ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage Alaska on 6/6/2016
            (Location)                    (Date)

Denny Clay Iverson
(Plaintiff's Original Signature)

_____  _____
Original Signature of Attorney (if any)   (Date)

_____
_____
_____

Attorney's Address and Telephone Number